IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES EDWARD SWEAT, <br> ADC #085955, | * <br> * <br> * | |
| Plaintiff, | * | |
| v. | * <br> * | No. 4:19-cv-00095-JJV |
| DOES, Unknown Medical Providers and Staff, Craighead County Detention Center, *et al.* | * <br> * <br> * <br> * | |
| Defendants. | * | |

## **MEMORANDUM AND ORDER**[1]

**I.     DISCUSSION**

On March 13, 2019, Charles Edward Sweat ("Plaintiff") filed a *pro se* Amended Complaint, pursuant to 42 U.S.C. § 1983, alleging Chief Jailer Bowers, Officer Becker, Dr. Carter, Nurse Kara Black, and several unknown "Doe" Defendants at the Craighead County Detention Center failed to provide him with constitutionally adequate medical care. (Doc. 6.) On April 24, 2019, I issued an Order giving Plaintiff ninety (90) days to provide the Doe Defendants' correct names and service addresses, and I warned him the claims against them would be dismissed if he failed to timely do so. (Doc. No. 10.) As of today, Plaintiff has not provided that information, and the time to do so has expired. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant"); *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (explaining it is the prisoner's responsibility to provide a valid service

---

[1] On July 19, 2019, the parties consented to proceed before a United States Magistrate Judge. (Doc. No. 33.)

address for each defendant).

## II. CONCLUSION

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against the Doe Defendants are DISMISSED without prejudice due to a lack of service, and they are no longer parties to this lawsuit.

2. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Memorandum and Order would not be taken in good faith.

DATED this 29th day of July 2019.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE